[Criminal No. 442.   Filed September 25, 1917.]

[167 Pac. 709.]

JOHN A. OWEN, Appellant, v. STATE, Respondent.

CRIMINAL LAW—APPEAL—FUGITIVE FROM JUSTICE.—A prisoner absconding and being a fugitive from justice waives right to have his case considered on appeal; and appeal will be dismissed.

[As to the right of a fugitive from justice to prosecute an appeal, see note in 41 Am. Dec. 272, and see, also, note in 44 Am. Rep. 88.]

APPEAL from a judgment of the Superior Court of the county of Graham. W. A. O'Connor, Judge. Appeal dismissed.

Mr. E. L. Spriggs, for Appellant.

Mr. Wiley E. Jones, Attorney General, Mr. Geo. W. Harben and Mr. R. W. Kramer, Assistant Attorneys General, and Mr. W. R. Chambers, for the State.

FRANKLIN, C. J.—John A. Owen was charged with the crime of transporting intoxicating liquor within the state of Arizona. From a judgment of conviction he has appealed to this court. The Attorney General has submitted proof showing that appellant, pending the appeal, has escaped from custody, and that he is now a fugitive from justice. A prisoner absconding and being a fugitive from justice waives the right to have his case considered and determined on appeal. *Alday* v. *State,* 15 Ariz. 334, 138 Pac. 1043. Appeal dismissed.

ROSS and CUNNINGHAM, JJ., concur.